# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARINA WRIGHT | | |
| **Case Number:** | 2:08-bk-15462-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 03, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON Motion for Relief from Stay (150.00 fee) Re: Real Property, 2422 East San Miguel Avenue,Phoenix,, AZ 85016 filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

**R / M #:**   122 /  0

## *Appearances:*

WILLIAM D SHOSTAK, ATTORNEY FOR MARINA WRIGHT
LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOANS SERVICING

## *Proceedings:*

Parties agree that this matter should be set for a final hearing.

COURT: IT IS ORDERED SETTING THIS MATTER FOR A ONE HOUR FINAL HEARING ON SEPTEMBER 1, 2010 AT 2:30 P.M. PARTIES ARE DIRECTED TO EXCHANGE LISTS OF WITNESSES AND COPIES OF ALL EXHIBITS TO BE UTILIZED AT THE HEARING, INCLUDING IMPEACHMENT EVIDENCE ONE WEEK PRIOR TO THE HEARING.  ANYTHING NOT SO DISCLOSED WILL NOT BE CONSIDERED BY THE COURT.