**William D. Shostak PA**
1820 E. Ray Rd.
Chandler AZ 85225
Telephone: 480-545-7200
FAX: 480-545-7400

William D. Shostak
State Bar No: 016018
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11<br>No. 2:08-BK-15462-SSC |
| MARINA WRIGHT, Debtor(s); | **Motion to Continue and Reschedule the September 1st 2010 2:30 PM Final Hearing for the property located at:** |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>Movant | **2422 E San Miguel Ave<br>Phoenix AZ 85016** |
| Vs. | |
| Marina Wright, Debtors; ILENE J. LASHINSKY<br>UNITED STATES TRUSTEE | |

Debtor Marina Wright by and through her undersigned attorney hereby requests to the court to continue and reschedule the September 1, 2010, Final Hearing for the property located at: 2422 E San Miguel Ave Phoenix AZ 85016 for the following reasons.

1. William D. Shostak attorney for debtor is set to start trial in the superior court of the state of Arizona on August 30th 2010 to September 1st 2010. The trial is set before the Honorable Gary Donahoe.

2. Judge Doonahoe will not continue or reschedule the trial.

3. The trial is in conflict with the September 1st 2010 2:30 PM Final Hearing for Debtor Ms. Wright.

4. Debtor is requesting the court to reschedule the September 1st 2010 2:30 PM final hearing.

***Therefore:*** Debtor is asking this court to continue the September 1st 2010 2:30 PM Final Hearing any time after September 1st 2010. Thank you.

Respectfully submitted this 11th day of August, 2010.

By: /s/ WDS #016018
William D. Shostak Attorney For Debtor

A Copy of the foregoing mailed this August 11th, 2010 to:

BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
c/o Mark S. Bosco, Esq
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016

Renee Sandler Shamblin
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee Attorney

Marina Wright
4324 E. Coronado Rd.
Phoenix, AZ 85258
Debtor